[No. 1443.]

DUTCH WARREN v. THE STATE.

PRACTICE—PLEA.—A conviction cannot stand unless it affirmatively appears that the accused pleaded to the indictment, or that a plea of not guilty was entered for him.

APPEAL from the District Court of Kaufman.  Tried below before the Hon. G. J. Clark.

The indictment charged the theft of two head of cattle, the property of John Arnold. The trial resulted in the conviction of the appellant, and the assessment against him of a term of two years confinement in the penitentiary, as punishment.

The opinion discloses the one question in the case.

*H. P. Teague,* for the appellant.

*O. S. Eaton,* for the State.

WHITE, P. J.   As the record fails to show that on the trial below the defendant pleaded, or that a plea to the charge in the indictment was interposed for him, the judgment must be reversed. This rule requiring a plea is founded in reason as well as law, and has been iterated and reiterated until it is matter of surprise that at this day its necessity should ever become a matter for adjudication in courts of last resort. Such error is fundamental, for without a plea there was no issue to be tried and determined.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*

Opinion delivered January 20, 1883.